

**MICHAEL A. CARDOZO**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**WESLEY E. BAUMAN**
*Assistant Corporation Counsel*
Phone: (212) 788-0517
Fax: (212) 788-9776
wbauman@law.nyc.gov

May 4, 2012

**Via ECF & Regular Mail**
Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Stewart, et al. v. City of New York, et al
11 Cv. 5133 (SLT)(RML)

Your Honor:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendant City of New York in the above-referenced matter. On May 4, 2012 the parties agreed to settle, in principle, claims concerning plaintiff Shanice Jackson and plaintiff's counsel has agreed to voluntarily dismiss claims concerning plaintiff Evelyn Stewart. The parties are in the process of preparing the required settlement/dismissal paperwork for the Court's endorsement. Accordingly, the parties respectfully request that the remaining discovery deadlines and briefing schedule for defendant's motion to dismiss be adjourned without dates pending the completion of settlement and dismissal.

Respectfully submitted,

/s/

Wesley E. Bauman
Assistant Corporation Counsel

cc: Hon. Robert M. Levy (By ECF)
Robert Marinelli, Esq. (By ECF)